UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:          )    Case No. 23-45928-MAR
                        )    Chapter 7
WELLS, ALIYYAH MICHELLE    )
                        )    Judge Mark A. Randon

        Debtor(s)
_____/


**<u>NOTIFICATION OF ASSET CASE</u>**

     To the Clerk of the United States Bankruptcy Court:

     Assets will be administered in the above-captioned case and appropriate notice should be given to creditors to file claims.


Dated: August 21, 2023            */s/ Timothy J. Miller, Trustee*
                                     Timothy J. Miller, Trustee
                                     (P36951)
                                     64541 Van Dyke, Suite 101
                                     Washington Township, MI 48095
                                     (586) 281-3764
                                     Miller7trustee@gmail.com